Argued and submitted December 9, reversed and remanded
with instructions December 30, 1981

In the Matter of the Compensation of
Arlie H. Johns, Claimant.

## JOHNS,
*Petitioner,*

*v.*

## UTILITY TRAILER &
## EQUIPMENT CO.,
*Respondent.*

(No. 80-08634, CA A21958)

637 P2d 938

Roger G. Weidner, Portland, argued the cause and filed the brief for petitioner.

Scott M. Kelley, Portland, argued the cause for respondent. With him on the brief was Cheney & Kelley, Portland.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

The decision of the Workers' Compensation Board to the effect that there is no *bona fide* dispute between the parties under ORS 656.289(4) is reversed, and the case is remanded to the Board to perform its review of the parties' agreement pursuant to that statute.